**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON**

| | | |
|---|---|---|
| **Kevin Krey,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **06 CV 4173** |
| **v.** | ) | |
| | ) | **Honorable David H. Coar** |
| **Castle Motor Sales, Inc., and** | ) | **Magistrate Judge Morton Denlow** |
| **Aspen Marketing Services, Inc.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**UNOPPOSED MOTION TO WITHDRAW OPINION AND ORDER**

Defendant, ASPEN MARKETING SERVICES, INC. ("Aspen"), by its undersigned counsel, moves to withdraw this Court's Opinion and Order entered in this case on March 23, 2007. In support of this Motion, Aspen states as follows:

1. On March 14, 2007, this Court granted preliminary approval of the parties' Class Action Settlement Agreement, and conditionally certified a class for settlement purposes.

2. Since a class has been preliminarily certified, Plaintiff's motion for class certification and Aspen's motion for judgment on the pleadings are moot.

3. Aspen's counsel have conferred with counsel for Plaintiff, who do not oppose this motion.

WHEREFORE, Defendant Aspen Marketing Services, Inc., requests that this Court withdraw the Opinion and Order entered on March 23, 2007.

                                        ASPEN MARKETING SERVICES, INC.

                                        By: s/____Deborah S. Nall_____
                                                  One of its Attorneys

Vincent L. DiTommaso
Peter S. Lubin
Brian C. Witter (Of Counsel)
Deborah S. Nall
DiTommaso ♦ Lubin, PC
17W 220 22nd Street – Suite 200
Oakbrook Terrace, Illinois 60181
(630) 333-0000

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISON

| | | |
|---|---|---|
| **Kevin Krey,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 06 CV 4173 |
| v. | ) | |
| | ) | **Honorable David H. Coar** |
| **Castle Motor Sales, Inc., and** | ) | **Magistrate Judge Morton Denlow** |
| **Aspen Marketing Services, Inc.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### CERTIFICATE OF SERVICE

I, Deborah S. Nall, hereby certify that a copy of Defendant Aspen Marketing Services' Unopposed Motion to Withdraw Opinion was served on March 23, 2007 on all counsel of record in accordance with the Court's CM/ECF guidelines.

                        ASPEN MARKETING SERVICES, INC.

                        By: s/    Deborah S. Nall
                              One of its Attorneys

Vincent L. DiTommaso
Peter S. Lubin
Brian C. Witter (Of Counsel)
Deborah S. Nall
DITOMMASO ♦ LUBIN, PC
17W 220 22nd Street, Suite 200
Oakbrook Terrace, Illinois 60181
(630) 333-0000